IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY JOEL PUGH                                                                                    PETITIONER

vs.                                                         CIVIL ACTION No.: 3:24-CV-10-HTW-LGI

WARDEN BAYSORE                                                                                  RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 16]**. In her Report and Recommendation, filed on July 26, 2024, Magistrate Judge Isaac recommended that Petitioner Anthony Joel Pugh's Petition be dismissed as moot. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. To date, no objection has been filed.

Based on the findings contained in the Report and Recommendation **[Docket no. 16]**, this court agrees with the Magistrate Judge that this case no longer presents a live case or controversy. This court, accordingly, hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court, and hereby **DISMISSES** Petitioner Pugh's Petition for Writ of Habeas Corpus **as MOOT**.

SO ORDERED this the 30th day of October, 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

1